Stephen J. Purtill (State Bar No. 100102)
LAW OFFICES OF MICHAEL C. COHEN
2201 Broadway Street, Suite 823
Oakland, CA 94612
Telephone: (510) 832-6436
Facsimile: (510) 832-6439
Email: spurtill@cohenlegalfirm.com

Attorneys for Plaintiff
MINNIE L. ESPINO

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINNIE L. ESPINO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WINN RESIDENTIAL HOUSING, SAN PABLO HOUSING INVESTORS, TELACU HOMES, INC. aka TELACU RESIDENTIAL MANAGEMENT, PATRICK APPLEBY, KEVIN GRANTI, and ESTHER IOANE,<br><br>Defendants. | Case No.: 4:18-CV-02729 TSH (KAW)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING STATUTE OF LIMITATIONS AND TIME TO FILE THIRD AMENDED COMPLAINT**<br><br>Complaint filed: 05/09/2018<br>Second Amended Complaint: 09/10/2018<br>Trial Date: 06/08/2020 |

Plaintiff MINNIE ESPINO ("Plaintiff") and Defendant's WINN RESIDENTIAL HOUSING, SAN PABLO HOUSING INVESTORS, TELACU HOMES, INC. aka TELACU RESIDENTIAL MANAGEMENT, PATRICK APPLEBY, KEVIN GRANTI, and ESTHER IOANE ("Defendants") by and through their counsel of record herein, hereby stipulate and agree as follows:

1. WHEREAS the parties hereto engaged in s judicially supervised Settlement Conference on May 17, 2019, before the Hon. Magistrate Judge Kandis A. Westmore; and

2. WHEREAS there are certain disputed factual issues that limited informal discovery may resolve without further depositions or further written discovery; and

3. WHEREAS the Court's deadline for Plaintiff to Seek Leave to Amend the Pleadings pursuant to the Court's Case Management Scheduling Order (Docket #36) sets July 1, 2019 as the deadline; and

4. WHEREAS should the matter not resolve with the assistance of Judge Westmore Plaintiff intends to file a Third Amended Complaint including a separate cause of action and/or claim for violation of the Fair Housing Act (42 USC §3604) for discrimination which statute arguably runs as early as *June 8, 2019*, and/or to add a cause of action for intentional tort, and/or to provide further clarifying allegations to the causes of action already pled in the Second Amended Complaint; and

5. WHEREAS the parties desire to continue their settlement discussions without further motions or pleadings in an attempt to resolve this matter and therefore Defendants have agreed to extend any and all applicable statute of limitations for any and all causes of action (including a FHA or intentional tort claim) to and including August 1, 2019, with all other aspects of the Court's Case Management Scheduling Order (Docket #36) to remain in effect.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that any and all statutes of limitations as set forth in paragraphs 4 and 5 above are hereby extended to and including August 1, 2019, and the Court agrees to amend the Court's Case Management Scheduling Order

//
//
//
//
//
//
//

(Docket #36) to set the deadline for Plaintiff to Seek Leave to Amend the Pleadings to and including August 1, 2019.

Dated: May 23, 2019

LAW OFFICES OF MICHAEL C. COHEN

By: _____
Stephen J. Purtill
Attorneys for Plaintiff
MINNIE ESPINO

May 29, 2019

PAHL & McCAY

By: _____ Servande Sandoval
Severando R. Sandoval
Attorneys for Defendants
WINN RESIDENTIAL, ET AL.

May 31, 2019

MORROW and WHITE

By: _____
William J. Penisten
Attorneys for Defendants
TELECU HOMES, INC., ET AL.

**IT IS SO ORDERED**

Dated: **June 7**, 2019

By: _____
THOMAS S. HIXSON
United States Magistrate Judge