UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINNIE L. ESPINO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WINN RESIDENTIAL HOUSING, SAN PABLO HOUSING INVESTORS, TELACU HOMES, INC. aka TELACU RESIDENTIAL MANAGEMENT, PATRICK APPLEBY, an individual, KEVIN GRANTI, an individual, ESTHER IOANE, an individual, TEMEKA RICHARDSON, an individual, and JACKLYN KARR, an individual,<br><br>Defendants. | Case No.: 3:18-CV-02729 TSH (KAW)<br><br>[~~PROPOSED~~] ORDER |

THIS MATTER having come before the Court on the Joint Stipulation and Consent Motion to Dismiss With Prejudice, submitted by Plaintiff and all Defendants ("the Parties"), and upon consideration thereof and for good cause shown,

**IT IS HEREBY ORDERED** that the Parties' Joint Stipulation and Consent Motion to Dismiss With Prejudice is **GRANTED**. The Court orders that all claims shall be dismissed, with prejudice, with each party to bear its own attorneys' fees, expenses, and costs.

ENTERED this __16th__ day of March 2020

THOMAS S. HIXSON
United States Magistrate Judge